IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

WENDY J SMITH,

        Plaintiff,

v.

LOUIS DEJOY, POSTMASTER GENERAL
U.S. POSTAL SERVICE

        Defendants.

Civil Action No. 4:21CV379-KGB

This case assigned to District Judge Baker
and to Magistrate Judge Deere

Jury Trial Demand

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 10 2021
JAMES W. McCORMACK, CLERK
By:_____ DEP CLERK

## COMPLAINT FOR DAMAGES, DECLARATORY AND EQUITABLE RELIEF

Plaintiff files this Complaint for Damages and Equitable Relief, and shows the Court as follows:

### I.    Preliminary Statement

1.    This action seeks actual damages, declaratory, injunctive and equitable relief, compensatory damages, and costs and potential attorney's fees for the disability discrimination suffered by Plaintiff Wendy J. Smith ("Ms. Smith") in her treatment by Defendant, Louis DeJoy, Postmaster General of the U.S. Postal Services (the "Post Office" or "USPS").

### II.    Jurisdiction

2.    This action is brought for discrimination, failure to accommodate, and hostile work environment pursuant to the Rehabilitation Act of 1973 as amended, §§ 501, 504, and 510, 29 U.S.C. §§ 791 and 794(a), as applied to the federal government and the interpretation of its statutes. The jurisdiction of this court is invoked to secure protection and redress deprivation of rights secured by federal law which prohibits discrimination against employees because of their disability.

3.     The jurisdiction of this Court is invoked pursuant to its original jurisdiction over

cases and controversies arising under federal law, pursuant to 28 U.S.C. § 1331,

and all prerequisites to bringing this suit have been met. This suit is properly

before the court.

4.     Plaintiff made timely informal Equal Employment Opportunity (hereinafter

"EEO") contact regarding counseling the claims at issue in this action on or about

February 2, 2018, and Plaintiff subsequently timely filed a formal complaint of

discrimination on or about May 14, 2018. See Ex. A Formal Complaint attached

as set forth herein. On February 12, 2021, Plaintiff received her Final Agency

Decision of when she timely brings this complaint.

5.     Plaintiff has exhausted her administrative remedies and this suit is properly before

the Court.

## III.    Venue

6.     This action properly lies in the United States District Court for the Eastern District

of Arkansas, pursuant to 29 U.S.C. § 1391(b), because the claim arose in this

judicial district, and pursuant to 42 U.S.C. § 2000e-5(f)(3), because the unlawful

employment practice was committed in this judicial district.

## IV.    Parties

7.     Ms. Smith was a full-time employee with the U.S Postal Services at all relevant

times. During this period, Ms. Smith worked as a City Carrier Assistant with

the U.S. Postal Services located at 111 N. Main Street, England, AR 72046-

9998. Ms. Smith is a resident of Lonoke County, AR and is a citizen of the

United States.

8.     The U.S. Postal Services, is a federal government agency and has offices

throughout the United States, including in England, AR. The U.S. Postal

Services is an employer, engages in an industry affecting commerce, and, upon information and belief, employs more than 500 regular employees.

## V.   Facts

9.   On or about November 17, 2017, Plaintiff was hired by the U.S. Postal Services in England, Arkansas.

10.   On or about December 23, 2017, Plaintiff was issued a 30-day performance evaluation of which she was rated "satisfactory" on five elements of work.

11.   Though Plaintiff's 30-day evaluation noted time deficiencies on the routes, Darreyl Simpson reassured complainant that it takes time to learn the routes and to not let it bother her. Postmaster Davis also acknowledged Plaintiff made improvements one of her routes.

12.   On January 8, 2018, Plaintiff torn the meniscus in her left knee while on the job; she informed Supervisor Darreyl Simpson and Postmaster Keith Davis that her knee was hurting.

13.    Later, on January 8, 2018, though Postmaster Davis assisted Plaintiff in completing her route, he laughed when she informed him that she was leaving for the day.

14.   On January 9, 2018, Plaintiff went to an urgent care clinic in which her medical provider recommended she take off the next day of work. However, Plaintiff informed Postmaster Davis that she case mail instead of taking the entire day off but nothing was available.

15.   On January 18, 2018, Plaintiff inquired to Postmaster Davis about light duty work of which Postmaster Davis informed Plaintiff that she had not been trained on casing and to never ask again.

16.   On January 26, 2018, Plaintiff returned to her doctor's office; and she was

given five-hour work restrictions that she presented to Postmaster Davis.

17.     On January 29, 2018, Postmaster Davis issued Plaintiff a termination letter
        during her probationary period.

## VI.     Count I: Violation of Title VII of the Civil Rights Act of 1964 based on age.

18.     Ms. Smith incorporates by reference paragraphs 1-17 of her complaint as if
        fully set forth herein.

19.     At all relevant times, Ms. Smith was a member of the protected class aged over
        forty years.

20.     Ms. Smith, having received a satisfactory rating on five elements of work, was
        a qualified employee capable of performing the essential functions of the
        position she held with reasonable accommodations.

21.     Ms. Smith suffered and adverse employment action on January 29, 2018.

## VII.    Count III: Violation of the American's with Disabilities Act 1990 based on disability.

22.     Ms. Smith incorporates by reference paragraphs 1-17 of her complaint as if
        fully set forth herein.

23.     Ms. Smith, having received a satisfactory rating on five elements of work, was
        a qualified employee capable of performing the essential functions of the
        position she held with reasonable accommodations.

24.     Ms. Smith suffered a serious left knee injury that disabled a major life activity.

25.     The Defendant received notice of Plaintiff's disability from doctors' notes and
        from her intent to perform light-duty request.

26.     The Defendant denied Plaintiff's request for request for light-duty reasonable
        accommodations.

## VIII.   Count V: Violation of the Rehabilitation Act of 1973: Hostile Work Environment

27.  Ms. Smith incorporates by reference paragraphs 1-17 of her complaint as if fully set forth herein.

28.  This harassment had the purpose or effect of unreasonably interfering with Ms. Smith's work performance and/or creating an intimidating, hostile, or offensive work environment.

29.  There is basis for imputing liability to the Defendant for the actions of Postmaster Davis, and in creating the hostile work environment.

## IX.  Count VI Violation of Title II of the Civil Rights Act of 1964 based on reprisal.

30.  Ms. Smith incorporates by reference paragraphs 1-16 of her complaint as if fully set forth herein.

31.  Ms. Smith engaged in protected activity when she requested a reasonable light-duty accommodation on January 18, 2018.

32.  On January 18, 2018, Postmaster Davis denied Plaintiff's light duty request and informed that she never ask again.

33.  On January 26, 2018, Plaintiff provided Defendant with five-hour work restrictions.

34.  On or about January 29, 2018, Postmaster Davis issued Plaintiff a termination letter three days later.

## X.  Prayer for Relief

35.  Wherefore, Ms. Smith prays that this Court:

    a.  declare the conduct engaged by the U.S. Postal Service to be in violation of Ms. Smith's rights;

    b.  enjoin the VA from engaging in such conduct;

    c.  award Ms. Smith compensatory damages;

      d.      award Ms. Smith costs and potential attorney's fees; and

      e.      grant such other relief as it may deem just and proper.

## XI.    Jury Demand

36.    Ms. Smith requests a jury trial on all questions of fact raised by this Complaint.

Respectfully submitted this 6th Day of May, Two Thousand Twenty One.

/s/ Wendy J. Smith
Wendy J. Smith
12 Talladega Loop
Cabot, AR  72023
Phone: (501) 352-3343
Email: wendyjosmith@gmail.com