IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WENDY J. SMITH**                                                                             **PLAINTIFF**

v.                                       **Case No. 4:21-cv-00379-KGB**

**UNITED STATES POSTAL SERVICE**                                  **DEFENDANT**

**ORDER**

      Before the Court is attorney Carlos A. Andino's motion to withdraw as counsel for plaintiff Wendy J. Smith (Dkt. No. 101). Andino represents that he appeared as counsel for Smith in this matter *pro hac vice* and now seeks leave to withdraw his appearance (*Id.*, ¶ 1). Andino represents that Smith will continue to be represented by her remaining attorney of record in this case from Southworth PC, Lydia Taylor (*Id.*, ¶ 3). Andino represents that Daniel A. Webb, Smith's designated local counsel, will also remain on the docket for Smith (*Id.*, ¶ 4). Andino represents that Smith has been notified of his intention to withdraw and has no objection (*Id.*, ¶ 5). For good cause shown, the Court grants the motion and relieves Andino as counsel for Smith in this case.

      It is so ordered this 29th day of September, 2025.

                                                       */s/ Kristine G. Baker*
                                                      Kristine G. Baker
                                                      Chief United States District Judge